IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **13-cv-371-AP**

**DANIELLE PEPPITO,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

Kane, J.

On May 2, 2013, defendant file a Motion to Dismiss (doc. #10) asking the court to dismiss this action for lack of jurisdiction because Plaintiff's Complaint was not timely filed. To date, no response has been received, and it does in fact appear that the complaint was not timely filed. The Motion is **GRANTED**. This case is **DISMISSED**.

Dated this 17th day of July, 2013.

                                              BY THE COURT:

                                              ***s/John L. Kane***
                                              John L. Kane, Senior Judge
                                              United States District Court