IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00371-AP

DANIELLE PEPPITO,

    Plaintiff,

v.

CAROLYN W. COLVIN[1], Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the Order Dismissing Case entered by the Honorable Judge John L. Kane, on July 17, 2013 it is hereby

ORDERED that Defendant's Motion to Dismiss (Doc. 10) is GRANTED. The Court is without jurisdiction in this action and the complaint is therefore DISMISSED.

DATED at Denver, Colorado this 17th day of July, 2013.

                FOR THE COURT,
                JEFFREY P. COLWELL, Clerk

                By: s/ Edward P. Butler
                    Edward P. Butler, Deputy Clerk

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit.